UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SCHEFENACKER VISION<br>SYSTEMS USA, INC.,<br><br>Defendant. | Case: 2:06-cv-12123<br>Assigned To: Duggan, Patrick J<br>Referral Judge: Morgan, Virginia M<br>Filed: 05-09-2006 At 10:48 AM<br>CMP EEOC VS SCHEFENACKER (LE)<br><br>**COMPLAINT**<br>**AND JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age and to make whole Janet Nedrow, a former employee. Schefenacker subjected Nedrow to unlawful discrimination by involuntarily terminating her employment on the basis of age.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. Section 621, et seq. (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. Sections 216(c) and 217.

2. The unlawful employment practices alleged below were and are now being

1

committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. Section 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, Schefenacker Vision Systems USA, Inc., (the "Employer"), has continuously been a Michigan Corporation doing business in the State of Michigan and the City of Marysville, and has continuously had and does now have at least twenty five employees.

5. At all relevant times, the Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 11(b), (g), and (h) of the ADEA, 29 U.S.C. § 630(b), (g), and (h).

## CONCILIATION

6. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices hereinafter alleged and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. Section 626(b).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Janet Nedrow

2

filed a charge with the Commission alleging violations of the ADEA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least January 23, 2004, Defendant Employer has engaged in unlawful employment practices at its Marysville, Michigan facility in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. Section 623(a)(1). Specifically, the Defendant Employer discriminated against and eventually terminated Janet Nedrow from her position as a PC technician because of her age, sixty (60).

9. The effect of the practices complained of above has been to deprive Janet Nedrow of equal employment opportunities and otherwise adversely affect her status as an employee because of her age.

10. The unlawful employment practices complained of above were and are willful within the meaning of the ADEA.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of age.

B. ORDER Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for persons who are at least age forty, and which eradicate the effects of its past and present unlawful employment practices.

C. ORDER Defendant Employer to provide training regarding the Age Discrimination in Employment Act, its prohibitions against age discrimination and to all current and future

3

employees;

      D.    ORDER Defendant Employer to make whole Janet Nedrow by affording her other affirmative relief necessary to eradicate the effects of Defendant Employer's unlawful employment practices, including reinstatement to her former position; and by providing her with appropriate back pay with prejudgment interest and lost benefits, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful practices.

      E.    ORDER Defendant Employer to pay liquidated damages in amounts to be determined at trial.

      F.    GRANT such further relief as the Court deems necessary and proper, including mandatory EEO training of employee personnel.

      G.    AWARD the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

      Respectfully submitted,

      JAMES L. LEE
      Deputy General Counsel

      Equal Employment Opportunity Commission
      1801 L. Street, N.W.
      Washington, D.C. 20507

April 25, 2006
DATE

      LAURIE A. YOUNG
      Regional Attorney

      INDIANAPOLIS DISTRICT OFFICE
      101 W. Ohio St., Room 1900
      Indianapolis, IN 46204
      (317) 226-7202

*/s/ Dale Price*
DALE PRICE (P55578)
Trial Attorney

DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Ave., Room 865
Detroit, Michigan 48226
(313) 226-7808

JS 44 11/99 **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: TUSCOLA

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

### I. (a) PLAINTIFFS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

(b) County of Residence of First Listed _____

(C) Attorney's (Firm Name, Address, and Telephone Number)

Dale Price (P55578), Equal Employment Opportunity Commission, 477 Michigan Avenue, Room 865, Detroit, MI 48226 (313) 226-7808

### DEFENDANTS

SCHEFENACKER VISION SYSTEMS USA, INC.

County of Residence of First Listed  TUSCOLA
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Case: 2:06-cv-12123
Assigned To: Duggan, Patrick J
Referral Judge: Morgan, Virginia M
Filed: 05-09-2006 At 10:48 AM
CMP EEOC VS SCHEFENACKER (LE)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21: 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | **PERSONAL INJURY** | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of Overpayment and Enforcement of Judgment | [ ] 362 Personal Injury-Med. Malpractice | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| | [ ] 365 Personal Injury - Product Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 320 Assault Libel And Slander | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [X] 442 Employment | [ ] 530 General | [ ] 790 Other Labor Litigation | | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | |
| [ ] 290 All Other Real Property | | [ ] 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multi district Litigation
[ ] 7 Appeal to District Judge from Magistrate

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action under Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age.

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$ DEMAND
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 05/09/06     SIGNATURE OF ATTORNEY OF RECORD  Dale Price

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :